```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/2/2021__

DAVID ZONSHAYN,

                Plaintiff,

-against-

THE FRIENDS OF THE SACKLER SCHOOL OF MEDICINE, NEW YORK STATE PROGRAM, INC. D/B/A TEL AVIV UNIVERSITY SACKLER SCHOOL OF MEDICINE, TEL AVIV UNIVERSITY,

                Defendant.

21 Civ. 5720 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On July 9, 2021, the Court ordered the parties to submit a joint letter and proposed case management plan by August 30, 2021. ECF No. 8. That submission is now overdue. By **September 13, 2021**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: September 2, 2021
         New York, New York

                                        ANALISA TORRES
                                  United States District Judge