USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/3/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID ZONSHAYN,

               Plaintiff,

-against-

THE FRIENDS OF THE SACKLER SCHOOL OF MEDICINE, NEW YORK STATE PROGRAM, INC. D/B/A TEL AVIV UNIVERSITY SACKLER SCHOOL OF MEDICINE, TEL AVIV UNIVERSITY,

               Defendant.

21 Civ. 5720 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' pre-motion letters, ECF Nos. 35–40. Accordingly:

1. Defendants' request for leave to file a motion requesting a stay of discovery is DENIED;
2. Defendants' request for leave to file a motion to dismiss is GRANTED;
3. By **January 31, 2022**, Defendants shall file their motion to dismiss;
4. By **February 21, 2022**, Plaintiff shall file his opposition papers;
5. By **March 7, 2022**, Defendants shall file their reply, if any.

SO ORDERED.

Dated: January 3, 2022
       New York, New York

                                          ANALISA TORRES
                                     United States District Judge