UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID ZONSHAYN,

                    Plaintiff,

          -against-

THE FRIENDS OF THE SACKLER SCHOOL OF
MEDICINE, NEW YORK STATE PROGRAM,
INC. D/B/A TEL AVIV UNIVERSITY SACKLER
SCHOOL OF MEDICINE, TEL AVIV
UNIVERSITY,

                    Defendants.

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: __3/9/2022__ |

21 Civ. 5720 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The case management conference scheduled for March 14, 2022, is ADJOURNED to **April 21, 2022**, at **10:40 a.m.**

      SO ORDERED.

Dated: March 9, 2022
       New York, New York

                              ANALISA TORRES
                     United States District Judge