```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: __3/16/2022__ | |

DAVID ZONSHAYN,

                Plaintiff,

-against-

THE FRIENDS OF THE SACKLER SCHOOL OF MEDICINE, NEW YORK STATE PROGRAM, INC. D/B/A TEL AVIV UNIVERSITY SACKLER SCHOOL OF MEDICINE, TEL AVIV UNIVERSITY,

                Defendant.

21 Civ. 5720 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 14, 2022, Defendants filed motions to dismiss Plaintiff's third amended complaint. ECF Nos. 66 and 69. Accordingly,

1. By **April 5, 2022**, Plaintiff shall file his opposition papers; and
2. By **April 19, 2022**, Defendants shall file their replies, if any.

    Defendants' motions to dismiss Plaintiff's second amended complaint are DENIED as moot. The Clerk of Court is directed to terminate the motions at ECF Nos. 42 and 48.

    SO ORDERED.

Dated: March 16, 2022
       New York, New York

                                                  ANALISA TORRES
                                           United States District Judge