USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/2022

**PERKINS**COie

April 8, 2022

**VIA ECF AND EMAIL**

The Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   *Zonshayn v. Sackler School of Medicine (New York)*, Case No. 21-c-05720-AT

Dear Judge Torres:

We represent Sackler School of Medicine ("SSM") and Tel Aviv University ("TAU," and, together with SSM, "Defendants") in the above-captioned matter. We write to request a nine-day extension of Defendants' time to file reply briefs in further support of Defendants' motions to dismiss (ECF Nos. 66, 69). Counsel for Plaintiff David Zonshayn ("Plaintiff") has stated the following in response to this request:

> "As the Judge set the briefing schedule, we believe the Judge is one who can amend it. Having said that, we have no objection to the extension should the Judge be so inclined."

Defendants' reply briefs are currently due on April 19, 2022, during the middle of the Passover holiday which begins the evening of Friday, April 15. (ECF No. 75.) Israeli public institutions including TAU are closed for the duration of the holiday, and TAU employees will be out of the office and unavailable to provide input for and review drafts from Thursday, April 14 until Sunday, April 24. Additionally, Defendants' counsel will be observing the holiday with family, and as a period to refrain from work activities, immediately preceding and during the weekend of April 15. A brief extension of Defendants' deadline until Thursday, April 28, when TAU employees will be back in the office, will permit Defendants to fully participate in this case. A nine-day extension will not prejudice Plaintiff's counsel, who had more than eight weeks after Defendants filed their now-mooted motions to dismiss the Second Amended Complaint to prepare opposition briefs.

This is Defendants' first request for an extension of a briefing deadline. Granting this requested extension would not affect any other scheduled dates in this matter.

GRANTED.

SO ORDERED.

Dated: April 12, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge