UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID ZONSHAYN,

                Plaintiff,

-against-

THE FRIENDS OF THE SACKLER SCHOOL OF MEDICINE, NEW YORK STATE PROGRAM, INC. D/B/A TEL AVIV UNIVERSITY SACKLER SCHOOL OF MEDICINE, TEL AVIV UNIVERSITY,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/2022
```

21 Civ. 5720 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for April 21, 2022, is ADJOURNED *sine die*. The Court shall set a date for the conference after resolving the pending motion to dismiss.

    SO ORDERED.

Dated: April 18, 2022
       New York, New York

                                            ANALISA TORRES
                                      United States District Judge