```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/12/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID ZONSHAYN,

                Plaintiff,

-against-

SACKLER SCHOOL OF MEDICINE (NEW YORK) and TEL AVIV UNIVERSITY,

                Defendants.

21 Civ. 5720 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 3, 2023, the Court granted in part and denied in part Defendants' motions to dismiss Plaintiff's claims. ECF No. 85. To date, Plaintiff has not moved to amend his complaint. Accordingly, by **April 26, 2023**, Plaintiff shall advise the Court of his intention with respect to the continuation of this action. Failure to respond will result in a dismissal for failure to prosecute.

    SO ORDERED.

Dated: April 12, 2023
       New York, New York

                                                ANALISA TORRES
                                      United States District Judge