USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/27/2023___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

David Zonshayn,

   Plaintiff,

-against-

Sackler School of Medicine (New York) and Tel Aviv University,

   Defendants.

---

Case No. 21-cv-05720 (AT)

**FINAL JUDGMENT OF DISMISSAL**

Pursuant to this Court's Memorandum and Order, filed January 3, 2023 (Doc. # 85), granting Defendants' motion (Doc. # 66) pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the Third Amended Complaint (Doc. # 64), and each and all of the claims alleged in the Third Amended Complaint, for failure to state a claim, it is hereby

ORDERED and ADJUDGED for the reasons set forth in that Memorandum and Order, and pursuant to Fed. R. Civ. P. 58, that judgment is entered in favor of Defendants and against the Plaintiff dismissing with prejudice the Third Amended Complaint and each and all claims alleged in the Third Amended Complaint.

This constitutes a final judgment within the meaning of Fed. R. Civ. P. 58.

Dated: April 27, 2023
   New York, New York

                 _____
                 HONORABLE ANALISA TORRES
                 UNITED STATES DISTRICT JUDGE